1

2 Kent M. Walker (CA Bar No. 173700)
LEWIS KOHN & WALKER LLP
3 15030 Avenue of Science, Suite 201
4 San Diego, CA 92128
Telephone: (858) 436-1333
5

6 Michael W. Shore, *(Pro Hac Vice)*
Alfonso Garcia Chan, *(Pro Hac Vice)*
7 Russell James DePalma, *(Pro Hac Vice)*
8 Christopher L. Evans, *(Pro Hac Vice)*
Ari Rafilson, *(Pro Hac Vice)*
9 Dustin Lo, *(Pro Hac Vice)*
10 SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
11 Dallas, TX 75202
12 Telephone: (214) 593-9110
Attorneys for Plaintiff
13

14 James H. Turken, (CA Bar No. 89618)
DICKSTEIN SHAPIRO LLP
15 2049 Century Park East, Suite 700
16 Los Angeles, CA 90067-3109
Telephone: (310) 772-8331
17

18 Jeffrey K. Sherwood, *(Pro Hac Vice)*
19 S. Gregory Herrman, *(Pro Hac Vice)*
Ji Young Park, *(Pro Hac Vice)*
20 DICKSTEIN SHAPIRO LLP
21 1825 Eye Street, NW
Washington, DC 20006
22 Telephone: (202) 420-2200

23 Attorneys for Defendants

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

1

2

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

3

4

INDUSTRIAL TECHNOLOGY
RESEARCH INSTITUTE,

Case No. 3:14-cv-02834-H-RBB

5

Plaintiff,

Hon. Marilyn L. Huff
Hon. Ruben B. Brooks

6

7

vs.

**JOINT MOTION TO DISMISS**

8

9

10

LG ELECTRONICS, INC.,
LG ELECTRONICS U.S.A., INC.
and LG ELECTRONICS MOBILECOMM
U.S.A., INC.,

11

Defendants.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

1    Plaintiff and Counterclaim Defendant Industrial Technology Research Institute

2

3 ("ITRI") and Defendants and Counterclaim Plaintiffs LG Electronics, Inc., LG

4 Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively,

5 "LG") have settled all claims and counterclaims against each other.  Accordingly,

6

7 pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, LG and ITRI hereby

8 jointly move the Court to dismiss all claims by ITRI against LG with prejudice and all

9 counterclaims by LG against ITRI with prejudice.  The parties agree that,

10

11 notwithstanding the foregoing, in the event that any of the patents-in-suit are asserted

12 against LG again in the future, LG may file claims for declaratory judgment of

13 invalidity and non-infringement of those asserted claims.  Each party further agrees to

14

15 bear its own costs, expenses, and attorneys' fees.

16    LG and ITRI agree to this joint motion.

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

1   Dated:  August 25, 2015          By:  /s/ Alfonso Garcia Chan

2                                         Michael W. Shore, mshore@shorechan.com*
                                          Alfonso Garcia Chan,
3                                         achan@shorechan.com*
                                          Russell J. DePalma,
4                                         rdepalma@shorechan.com*
                                          Ari Rafilson, arafilson@shorechan.com*
5                                         Christopher L. Evans,
                                          cevans@shorechan.com
6                                         Dustin Lo, dlo@shorechan.com*
7                                         SHORE CHAN DEPUMPO LLP
                                          901 Main Street, Suite 3300
8                                         Dallas, TX 75202
                                          Telephone: (214) 593-9110
9                                         Fax: (214) 593-9111
10                                        *Admitted Pro Hac Vice
11
12                                        Kent M. Walker (State Bar No. 173700)
13                                        kwalker@lewisohn.com
                                          LEWIS KOHN & FITZWILLIAM LLP
14                                        10935 Vista Sorrento Parkway, Suite 370
                                          San Diego, CA 92130
15                                        Telephone: (858) 436-1333
16                                        Fax: (858) 436-1349
17
18                                        ATTORNEYS FOR PLAINTIFF
                                          INDUSTRIAL TECHNOLOGY
19                                        RESEARCH INSTITUTE
20
21  Dated:  August 25, 2015          By:  /s/ Jeffrey K. Sherwood
22
23                                        Jeffrey K. Sherwood, (*Pro Hac Vice*)
                                          DICKSTEIN SHAPIRO LLP
24                                        1825 Eye Street, NW
                                          Washington, DC 20006
25                                        Telephone: (202) 420-2200
26
                                          Attorney for Defendants
27
28

DICKSTEIN
SHAPIRO LLP
                                          -4-              Case No. 3:14-cv-02834-H-RBB

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on August 25, 2015, the foregoing was electronically filed

4

with the Clerk of the Court using the CM/ECF system, which will send notification of

5

such filing to all counsel of record.

6

7

8

9

10

By:  /s/ Jeffrey K. Sherwood

Jeffrey K. Sherwood

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

Case No. 14-cv-2834 H RBB