# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE,<br><br>                          Plaintiff,<br>  vs.<br><br>LG ELECTRONICS, INC., et al.,<br><br>                         Defendants. | CASE NO. 14-CV-2834-H (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[Doc. No. 68]** |

On August 25, 2015, Plaintiff Industrial Technology Research Institute and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. filed a joint motion to dismiss all claims and counterclaims with prejudice. (Doc. No. 68.) The Court, for good cause shown, grants the parties' joint motion and dismisses all claims and counterclaims with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: August 26, 2015

                                                          MARILYN L. HUFF, District Judge
                                                          UNITED STATES DISTRICT COURT